NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

OUTSIDE THE BOX INNOVATIONS, LLC (DOING BUSINESS AS UNION RICH USA),

*Plaintiff/Counterclaim Defendant-Cross Appellant,*

and

BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD., AND UNION RICH PLASTIC FACTORY, LTD.,

*Counterclaim Defendants-Appellees,*

and

CHRISTOPHER URE, MATT WILLIAMS, TERRY KINSKEY AND LYNN MARTINEAU,

*Counterclaim Defendants,*

v.

TRAVEL CADDY, INC.

*Defendant/Counterclaimant-Appellant,*

and

ROOSTER PRODUCTS (DOING BUSINESS AS THE ROOSTER GROUP),

*Defendant/Counterclaimant.*

2009-1171, -1558

Appeals from the United States District Court for the Northern District of Georgia in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

---

## ON MOTION

---

## O R D E R

Outside the Box Innovations, LLC (doing business as Union Rich USA) moves for a 60-day extension of time, until January 24, 2011, within which to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: J. Rodman Steele, Jr., Esq.
Timothy P. Maloney, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK